

**City of Rochester**

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

**Spencer L. Ash**
Municipal Attorney

Monday, November 03, 2014

**VIA ECF AND REGULAR MAIL**
Hon. Charles J. Siragusa
District Court Judge
Western District of New York
1360 U.S. Courthouse
100 State Street
Rochester, New York 14614

*Re; Javonnta Simmons v. City of Rochester et al; 6:12-cv-06705-CJS*

Your Honor,

    I would like to sincerely apologize to the Court for my failure to appear at the recent Status Conference in this matter. I have been in communication with Mr. Bowman and have done a comprehensive case analysis for review by management for possible settlement purposes. On October 23, 2014 I suffered a complete rupture of my Achilles tendon, necessitating emergency treatment. Since that time I have been receiving regular treatment and have been out of work. I mistakenly believed this matter was shared on an office-wide calendar for coverage. I am embarrassed by this mistake and beg the Court's pardon.

    Depositions have not been scheduled in this matter and written discovery is being exchanged. I am currently assessing the possibility of settlement with management. Defendant is sensitive Plaintiff's complaints, but the nature of actual damages remains unclear.

    Again, I apologize to the Court. New protocols, policies, and support systems are in place to ensure this situation does not arise again. I take business before the Court very seriously, as does this office. Should Your Honor have any questions or concerns, please feel free to contact me.

    Respectfully,

    s/Spencer L. Ash

cc: Wynn L. Bowman, Esq.